UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL JOHNSON,

                        Plaintiff,

      -v-

STARBUCKS CORPORATION,

                      Defendant.

22 Civ. 2409 (PAE)

NOTICE OF CASE MANAGEMENT CONFERENCE

---

PAUL A. ENGELMAYER, District Judge:

A case management conference is scheduled for **November 7, 2022 at 10 a.m.** This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. The Court directs counsel to email to EngelmayerNYSDChambers@nysd.uscourts.gov, no later than twenty-four hours before the conference, the names of any counsel who wish to enter an appearance at the conference, and the number from which each counsel will be calling.

      SO ORDERED.

                                            *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: November 2, 2022
       New York, New York