UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL JOHNSON,

                              Plaintiff,

                 -v-

STARBUCKS CORPORATION,

                             Defendant.

22 Civ. 2409 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court today held a conference, which, although originally intended as a pre-motion conference, principally addressed three outstanding discovery disputes. For the reasons reflected in the transcript of the conference, the Court reopens fact discovery for several limited purposes. Specifically, the Court ordered the following:

1. Starbucks must file on the docket of this case, by November 21, 2022, a log of all incidents reported in the last three years that involve third-party, nonemployee conduct and that occurred within a Starbucks store in the same "district" as the Union Square store at issue in this case. Starbucks is to indicate as to which of the incidents on the log it intends to produce an incident report to plaintiff's counsel. Starbucks is also to produce any additional materials yielded by the searches the Court ordered Starbucks to undertake relating to its employee Bussard.

2. By November 28, 2022, Johnson is to file a letter identifying any items on Starbucks' log that he believes are properly produced and briefly explaining why.

3. Starbucks' letter in response is to be filed by December 2, 2022.

After receiving the above submissions, the Court will promptly resolve any outstanding discovery disputes, and schedule a pre-motion conference to discuss defendant's anticipated motion for summary judgment.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 7, 2022
       New York, New York