

Joseph M. Hanna | Partner
Direct 716.566.5447 | jhanna@goldbergsegalla.com

November 18, 2022

*Via ECF*

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    **Johnson v. Starbucks Corporation d/b/a Starbucks Coffee Company**
            **Case No.: 1:22-cv-02409**

Dear Judge Engelmayer:

    By this letter, Starbucks Corporation d/b/a Starbucks Coffee Company respectfully requests leave to file the log of incidents that Starbucks was directed to produce pursuant to the Court's Order dated November 7, 2022 [Dkt# 43], under seal. By its nature, the log of complaints and incidents (many of which are unproven) contains highly business sensitive information.

    Starbucks will of course be happy to provide any further information should the Court require it. Thank you for your attention to this matter.

Respectfully submitted,

Joseph M. Hanna (JH2603)

Cc:

Counsel of Record

Granted. SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge
November 18, 2022