UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL JOHNSON,

                      Plaintiff,

-v-

STARBUCKS CORPORATION,

                      Defendant.

22 Civ. 2409 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court today held a pre-motion conference at which it set a briefing schedule for defendant's anticipated motion for summary judgment. At the conference, the Court ordered:

1. The parties' joint stipulated facts are due on January 27, 2023

2. Starbucks's motion for summary judgment is due February 17, 2023.

3. Johnson's response is due March 10, 2023.

4. Starbucks's reply is due March 24, 2023.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 21, 2022
       New York, New York