

Joseph M. Hanna | Partner
Direct 716.566.5447 | jhanna@goldbergsegalla.com

September 27, 2023

*Via ECF*

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      **Re:**    **Johnson v. Starbucks Corporation d/b/a Starbucks Coffee Company**
             **Case No.: 1:22-cv-02409**

Dear Judge Engelmayer:

    Our office represents Defendant Starbucks Corporation d/b/a Starbucks Coffee Company, in the above referenced matter. We write jointly with plaintiff to advise that the parties have reached an amicable settlement, and are in the process of exchanging settlement papers and payment.

    In light of the settlement, we respectfully request that upcoming scheduling deadlines be removed from the Court's calendar.

    Thank you for your many courtesies and assistance with this matter.

                                                             Respectfully submitted,

                                                             Joseph M. Hanna (JH2603)

Cc:

Counsel of Record

**OFFICE LOCATION** 665 Main Street, Buffalo, NY 14203-1425 | **PHONE** 716-566-5400 | **FAX** 716-566-5401 | www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA