UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL JOHNSON,

                  Plaintiff,

v.

STARBUCKS CORPORATION d/b/a
STARBUCKS COFFEE COMPANY,

                  Defendant.

**STIPULATION OF DISMISSAL**

Case No.: 1:22-cv-02409

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto which have appeared, through their undersigned counsel, that this action, and all claims asserted therein, are dismissed with prejudice, with each party to bear its own costs and fees.

Dated: October 13, 2023

RASKIN & KREMINS LLP

_____
Michael F. Kremins, Esq.
*Attorneys for Plaintiff*
160 Broadway – 4th Floor
New York, New York 10038
(212) 587-3434
kremlaw@netzero.com

GOLDBERG SEGALLA LLP

_____ 10/30/2023
Joseph M. Hanna, Esq.
*Attorneys for Defendant*
Starbucks Corporation d/b/a
Starbucks Coffee Company
665 Main Street
Buffalo, New York 14203
(716) 566-5400
jhanna@goldbergsegalla.com

Dated: October 31, 2023
New York, New York

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge